IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DAVID FRANKLIN WILSON, JR., | : | |
| Petitioner | : | |
| VS. | : | |
| Warden WILLIAM TERRY, | : | NO. 5:09-CV-218 (MTT) |
| Respondent | : | |
| | : | **O R D E R** |

Before the Court is Petitioner **DAVID FRANKLIN WILSON JR.'S** motion for leave to proceed *in forma pauperis* on appeal (Doc. 16). By Order dated July 26, 2011 (Doc. 13), the undersigned adopted the recommendation of Magistrate Judge Charles H. Weigle that Petitioner's 28 U.S.C. § 2254 motion be denied and that Petitioner be denied a certificate of appealability ("COA"). Because this Court has held that Petitioner is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 25th day of August, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr